**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER TRANSFERRING CASES** |
| Plaintiff | |
| v. | Case No. 2:12-cr-00186-APG-VCF |
| JONTUE MACK, | Case No. 2:16-cr-00351-KJD-VCF |
| Defendant | Case No. 2:20-cr-00105-JCM-VCF |

Defendant Jontue Mack moves to transfer his three related cases to a single district judge. He filed the same motion in each of the three cases.[1] The United States opposes the motion. The judges to whom these actions are assigned have reviewed the motion and, exercising their discretion, find that transfer of these actions to one judge would aid in the efficient disposition of these cases. *See* 28 U.S.C. § 137(a).

IT IS THEREFORE ORDERED that defendant Jontue Mack's motion to transfer is **GRANTED**. Case Nos. 2:16-cr-00351-KJD-VCF and 2:20-cr-00105-JCM-VCF are transferred to Judge Andrew Gordon, but are not consolidated.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE
Dated:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: October 6, 2020

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE
Dated:

---

[1] ECF No. 157 in 2:12-cr-00186-APG-VCF; ECF No. 97 in 2:16-cr-00351-KJD-VCF; ECF No. 22 in 2:20-cr-00105-JCM-VCF.