1  Maysoun Fletcher, Esq.
   Nevada Bar No. 10041
2  The Fletcher Firm, P.C.
   5510 South Fort Apache Rd.
3  Las Vegas, Nevada 89148
   Telephone:  (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Attorney for Defendant,
   JONTUE MACK

6

7                       **UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,                CASE NO.: 2:12-cr-00186-APG-VCF
                   Plaintiff,
10 vs.                                      CASE NO.: 2:16-cr-00351-APG-VCF

11 JONTUE MACK                              CASE NO.:  2:20-cr-00105-APG-VCF
                   Defendant.               STIPULATION TO CONTINUE COMBINED
12                                          REVOCATION HEARINGS AND
                                            SENTENCING
13

14         IT IS HEREBY STIPULATED AND AGREED by and between Jennifer Oxley,  Assistant

15 United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher,

16 Counsel for Defendant JONTUE MACK, that the combined Revocations Hearings in Case Numbers

17 2:12-cr-00186 and 2:16-cr-00351 and Sentencing Hearing in Case Number 2:20-cr-00105 currently

18 scheduled for February 3, 2021 at 1:00 p.m. be vacated and reset to a date and time convenient to the

19 court, but no earlier than three weeks.

20

21 This Stipulation is entered into for the following reasons:

22     1.     The defendant is in custody and does not object to the continuance.

23     2.     Counsel for the United States has no objection to the continuance.

24     3.     Denial of this request for continuance could result in a miscarriage justice.

25     4.     Defense needs additional time to investigate and prepare for the combined hearings.

26     5.     This is the 4th request for continuance in Case Numbers 2:12-cr-00186 and 2:16-cr-

27 00351.  This is the 2nd request for continuance in Case Number 2:20-cr-00105.

28

1      6.      For all the above-stated reasons, the ends of justice would best be served by a

2  continuance of the current revocation and sentencing hearing date.

3          DATED: January 25, 2021

4

5   ___/s/ Jennifer Oxley___                    ___/s/ Maysoun Fletcher_____
    **Jennifer Oxley, Esq.**                        **Maysoun Fletcher, Esq.**
6   Assistant United States Attorney            5510 South Fort Apache Road
    501 Las Vegas Boulevard South #1100         Las Vegas, Nevada 89148
7   Las Vegas, Nevada 89101                     Attorney for Defendant, Jontue Mack

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  Maysoun Fletcher, Esq.
   Nevada Bar No. 10041
2  The Fletcher Firm, P.C.
   5510 South Fort Apache Rd.
3  Las Vegas, Nevada 89148
   Telephone:  (702) 835-1542
4  Facsimile: (702) 835-1559
   maf@fletcherfirmlaw.com
5  Attorney for Defendant,
   JONTUE MACK
6
                        **UNITED STATES DISTRICT COURT**
7
                           **DISTRICT OF NEVADA**
8
   UNITED STATES OF AMERICA,              CASE NO.: 2:12-cr-00186-APG-VCF
9            Plaintiff,
                                          CASE NO.: 2:16-cr-00351-APG-VCF
10 vs.
                                          CASE NO.:  2:20-cr-00105-APG-VCF
11 JONTUE MACK,
              Defendant                   **FINDINGS OF FACT**
12

13     Based upon the pending Stipulation of counsel and good cause appearing therefore, the Court

14 finds that:

15     1.     The defendant is in custody and does not object to the continuance.

16     2.     Counsel for the United States has no objection to the continuance.

17     3.     Denial of this request for continuance could result in a miscarriage justice.

18     4.     Defense needs additional time to investigate and prepare for the combined hearings.

19     5.     This is the 4th request for continuance in Case Numbers 2:12-cr-00186 and 2:16-cr-

20 00351.  This is the 2nd request for continuance in Case Number 2:20-cr-00105.

21     6.     For all the above-stated reasons, the ends of justice would best be served by a

22
   continuance of the current revocation and sentencing hearing date.
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28

                                          3

1        IT IS THEREFORE ORDERED that the combined revocation hearing for Case Numbers

2    2:12-cr-00186-APG-VCF and 2:16-cr-00351-APG-VCF and Sentencing hearing for Case Number

3    2:20-cr-00105-APG-VCF currently scheduled for February 3, 2021 at 1:00 p.m., be vacated

4    and continued to March 3, 2021, at 3:00 p.m.

5        IT IS SO ORDERED.

6        DATED this 26th day of January, 2021.

7    _____

8        UNITED STATES DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28